FILED & ENTERED

JUL 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HK Lane Palm Desert, Inc.<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  6:24-bk-13474-SY<br>Adv No:    6:26-ap-01078-SY<br><br>**ORDER SETTING STATUS CONFERENCE RE: NOTICE OF REMOVAL** |
| HK LANE LA QUINTA, INC. A<br><br>Plaintiff(s),<br>    v.<br><br>WRE SoCal, Inc., d/b/a Windermere Desert Properties<br><br><br>Defendant(s). | Date:    August 27, 2026<br>Time:    9:30 a.m.<br>Courtroom:    302 |

It appearing to the court that the above-referenced matter (the "Removed Action") has been removed to the bankruptcy court by the filing of a notice of removal on or about July 16, 2026 by Defendants listed above.

-1-

**IT IS HEREBY ORDERED** as follows:

1.  A status conference in the Removed Action will be held on <u>August 27, 2026 at 9:30 a.m.</u> before the Honorable Scott H. Yun, in Courtroom 302 of the United States Bankruptcy Court located at 3420 12ᵗʰ Street, Riverside, CA 92501.

2.  Within five days of the mailing of this order, the removing party shall serve a copy of this order on (i) all parties to the Removed Action, (ii) the United States Trustee, and (iii) any creditors' committee, if appointed, and promptly thereafter shall file a proof of service with the Clerk of the Bankruptcy Court.

3.  At least fourteen days prior to the above-scheduled status conference the removing party shall file with the Clerk of the Bankruptcy Court copies of the complaint and any amended complaint or cross-complaint(s) and all responsive pleadings thereto which had been filed in state court prior to the removal of the Removed Action.

4.  The parties to the Removed Action shall comply with Rule 9027 of the Federal Rules of Bankruptcy Procedure and this Court's Local Bankruptcy Rule 9027-1.

5.  A joint status report must be filed at least fourteen days prior to the above-scheduled status conference.

###

Date: July 24, 2026

Scott H. Yun
United States Bankruptcy Judge

-2-