Thomas H. Casey – Bar No. 138264
LAW OFFICE OF THOMAS H. CASEY, INC.
A PROFESSIONAL CORPORATION
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: (949) 766-8787
Facsimile: (949) 766-9896
Email: TomCasey@tomcaseylaw.com

Attorneys for A. Cisneros,
Chapter 7 Bankruptcy Trustee

FILED & ENTERED

NOV 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>HK LANE PALM DESERT, INC.,<br><br>Debtor. | Case No.: 6:24-bk-13474-SY<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 7 TRUSTEE, WRE SOCAL, INC., D/B/A WINDERMERE DESERT PROPERTIES AND HK LANE LA QUINTA, INC. UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>[No hearing required pursuant to Local Bankruptcy Rule 9013-1] |

The Chapter 7 Trustee's Motion for Order Approving Settlement Agreement Between the Chapter 7 Trustee, WRE SoCal, Inc., dba Windermere Desert Properties, and HK Lane La Quinta, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 ("Motion") [Docket no. 58] and the notice of the Motion [Docket no. 59] were filed on October 16, 2026. The court having considered the Motion, proper notice having been given, no opposition having been filed, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.
2. The terms of the Settlement Agreement, a copy of which is attached to the Declaration of A. Cisnerso, appended to the Motion, as Exhibit "1", are approved.
3. The trustee is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Settlement Agreement.

###

Date: November 5, 2026

Scott H. Yun
United States Bankruptcy Judge